

# Summons

## Collection Information Statement

In the matter of  TODD G BUTLER, PO BOX 30371, AUSTIN, TX 78755-3371
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 5 (25)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To:  TODD G BUTLER
At:  8201 TWO COVES DR,  AUSTIN, TX  78730

You are hereby summoned and required to appear before SARAH TRETTER, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 10/01/2011  To 01/04/2012

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

12301 RESEARCH BLVD,  BLDG IV; MAIL STOP 5230 AUNW,  AUSTIN  TX  78759  (512) 464-3086

**Place and time for appearance:** At  12301 RESEARCH BLVD,  BLDG IV; MAIL STOP 5230 AUNW,  AUSTIN, TX  78759

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  20th  day of  February , 2012  at  8:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  5th   day of  January          ,  2012

SARAH TRETTER   *Sarah Tretter* (signature)
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

**GOVERNMENT EXHIBIT A**

Origin



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)



**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 1/9/12 | 11:32 |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Spouse

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

---

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

Catalog No. 25000Q                    Form 6637 (Rev. 10-2010)

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, and <br><br> **Petitioner** <br><br> v. <br><br> Todd G Butler <br><br> **Respondent**. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action No.** <br> ) <br> ) <br> ) <br> ) |

### DECLARATION

SARAH TRETTER declares:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division Gulf States Compliance Area of the Internal Revenue Service at 12301 RESEARCH BLVD, BLDG IV; MAIL STOP 5230 AUNW, AUSTIN, TX 78759-.

2. In my capacity as a revenue officer I am conducting an investigation for the collection of tax liability of TODD G BUTLER for the calendar year(s) ended: 12/31/2008, 12/31/2009, 03/31/2010, 06/30/2010, 09/30/2010, 12/31/2010, and 03/31/2011.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on 01/05/2012, an administrative summons, Internal Revenue Service Form 6637 and Form 6638, to Todd G Butler, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on 01/09/2012, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3)


GOVERNMENT EXHIBIT B

above on the respondent, Todd G Butler, by leaving the summons at the last place of abode, as evidenced in the certificate of service on the reverse side of the summons.

5  On 01/09/2012, I served the notice required by Section 7609(a) of Title 26, U.S.C., on Todd G Butler, by leaving the summons at the last place of abode as evidenced in the certificate of service of notice on the reverse side of the summons.

6.  On 02/20/2012, the respondent Todd G Butler, did not appear in response to summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

7.  The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8.  All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9.  It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of TODD G BUTLER for the calendar year(s) ended 12/31/2008, 03/31/2010, 06/30/2010, 09/30/2010, 12/31/2010, 03/31/2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2012.

*Sarah Tretter*

SARAH TRETTER,
REVENUE OFFICER

2